**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

RECEIVED
AUG 04 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

HHK

William Atkins
_____
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

**08CV4425**
**JUDGE KENNELLY**
**MAGISTRATE JUDGE COX**

vs.

Case No: _____
(To be supplied by the Clerk of this Court)

Director Salvador Godinez "John Does"
County Sheriff Thomas J. Dart, Supervisory
Superintendent George Tuner "John Does"
Superintendent Nelson "John Does"
Administration "John Does" or "Jane Does"
Personnnal  "John Does" or "Jane Does"

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

✓  **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
   U.S. Code (state, county, or municipal defendants)

___  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331** U.S. Code (federal defendants)

___  **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: William Atkins

B. List all aliases: _____

C. Prisoner identification number: 2003-0014927

D. Place of present confinement: Cook County Dept of Corr

E. Address: 2600 S. California Avenue Chicago IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: SALVADOR GODINEZ, "John Does"

   Title: DIRECTOR

   Place of Employment: Cook County of Corr

B. Defendant: Thomas J. Dart

   Title: Cook County Sheriff

   Place of Employment: Cook County of Corr

C. Defendant: GEORGE TUNER, "John Does"

   Title: SUPERINTENDENT

   Place of Employment: Cook County of Corr

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

A. Name: William Atkins

B. List all aliases: _____

C. Prisoner identification number: 2003-0014927

D. Place of present confinement: Cook County Dept of Corr

E. Address: 2600 S California Av. Chicago Ill 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Superintendent Nelson "John Doe's"

   Title: Superintendent

   Place of Employment: Cook County of Corr

B. Defendant: Administration "John Does"

   Title: Administration

   Place of Employment: Cook County of Corr

C. Defendant: Personnal "John Does"

   Title: Personnal

   Place of Employment: Cook County of Corr

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: _O7C 2064 BurgulARY_

B. Approximate date of filing lawsuit: _6/21/07_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _N/A_
_N/A_

D. List all defendants: _Officer Ken Walker Officer Linda Gutierrez Richard A Devine, Cook County States Att. Terry Hillard police Supt C.P.D_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Cook County_

F. Name of judge to whom case was assigned: _KENNELLY_

G. Basic claim made: _Wrongly convicted of Burgulary_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Still pending_

I. Approximate date of disposition: _10, 20, 04_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Along with all other general population detainees was placed on six hour half a day restrictive lock-down punishment. Meaning one day we're suppose to come out at 7:15 A.M. and lock up at 1:15 P.M. for the rest of the day and then the next day come out at 3:15 P.M. and lock up at 9:15 P.M. and so on... in day to day rotating top of the tier to bottom of the tier or half tier depending on how the tier is made but on these days we do not come out at the time that we are suppose to. Because when the count clears officers will not unlock the cells until they feel like it, depriving us of the amount of time due to us. There is no one watching or monitoring when they they are to

4

LETTING US OUT. FURTHERMORE PERTAINING TO THE RESTRICTIVE PUNISHMENT WE ARE PLACED UNDER, WE WERE NOT GIVEN NOTICE OR an OPPORTUNITY TO DEFEND AGAINST, OR BE HEARD, NEVER INFORMED OF THE REASONS WHY OR CHARGED With COMMITTING ANY INFRACTION TO INDUCE SUCH A PUNISHMENT. NO ONE WAS GIVEN OR RECEIVED A DISCIPLINARY TICKET, SO SUCH A SANCTION SHOULD AND COULD NOT BE ENFORCED. SUCH DEPRIVATION OR RESTRICTION IS IN VIOLATION OF THE DUE PROCESS CLAUSE EMBODIED IN THE FIFTH AND FOURTEENTH AMENDMENTS TO THE U.S. CONSTITUTION, WHICH PROHIBITS FEDERAL AND STATE GOVERNMENT, RESPECTFULLY FROM DEPRIVING ANY PERSON OF "LIFE," LIBERTY, OR PROPERTY WITHOUT DUE PROCESS AND ALSO IN VIOLATION OF THE SIXTH AMENDMENT, BY NOT ALLOWING US AS PRE-TRIAL DETAINEES PROPER ACCESS TO THE "RIGHT TO COUNSEL" AND TO BE INFORMED OF ANY CHARGES, ALLEGATIONS, COMPLAINTS, OR OF "MADE-UP" COMPELLING SANCTIONS TO BE USED TO FABRICATE A COMPELLING


NECESSITY. That was used to place us as a whole on Restrictive, Depriving, punishment, without Being Found guilty of any Cook County Deptment of Corrections Rules and Regulations or Penalize For Infractions Which was and is the Basis of and Purpose of A segration or penalized for infractions which was and is the Basis of and Purpose of A Segregtion Unit or wings, which was established For Detainees who violate or break the rules of the Jail or commit Infractions, and the Basis of this new Type of Restrictive lock-Down was First introduced as A level system in which Detainees Housed in A.B.O. or S.I. (AB NORMAL BEHAVIOR observation or Special incarcention) who pose as an eminent threat to the security or operations, or for the Detainees eminent Safety From general Population." To Just Punish us Because of Under Staffing, or to Deter Detainees From coming Back, or Because you only Want up to 24 Detainees in the Day Room Each Shift is Not the Proper Function of this Administration, and is not an Answer or a solution, and is An "Abuse of Power" Posed on the Detainees By the Aministration. We are Not Convicts to Be Punished in this nature or fashion Just Because the Director R. Salvador Godinez. And Sheriff Thomas. J. Dart and —

SUPERINTENDENT GEORGE TUNER of the COOK CONTY JAIL DOES NOT UNDERSTAND the DIFFERENCE BETWEEN CONVICTED FELONS AND PRE-TRIAL DETAINEES. Which THIS ADMINISTRATION UNDER DIRECTOR GODINEZ ARE HAVING A PROBLEM COMPREHENDING RESPECTFULLY. MORE CONTACT AND COMMUNICATION With ONE'S ATTORNEY, AND With OTHERS SUCH AS INVESTIGATORS, OR PERSONS WHO MAY BE DEFENSE WITNESSES OR HELP LOCATE WITNESSES THEREFORE HAVE A "MUCH GREATER NEED" FOR THE TIME IT TAKES FOR CONTACT WITH FAMILIES AND FRIENDS TO DEAL WITH the UNEXPECTED CRISES. TO TRY TO GET A LAWYER OR TRY TO ARRANGE FOR BAIL, and THESE PEOPLE ARE NOT ALWAYS AVAILABLE AT THE RESTRICTIVE TIMES WE ARE BEING UNJUSTLY TO. THIS VIOLATION AND DEPRIVATION WOULD UNFAIRLY IMPAIR US OF OUR RIGHT TO PREPARE AN ADEQUATE DEFNSE AND GREATLY US OF OUR CONSTITIONALLY PROTECTED LIBERTY of the RIGHT TO COUNSEL AND IMPAIR US OF REASONABLE TELEPHONE ACCESS" TO PREPARE FOR OUR DEFENSE. IT WILL HAVE A DETRIMENTAL HEALTH AND BIOLOGICAL ON OUR SLEEPING HABITS. TRYING TO COMEING OUT ONE MORNING AND NOT THE NEXT MORING DAY AFTER DAY WILL CAUSE DETRIMENTAL BIOLOGICAL STRESS TO OUR RHYTHMIC PHYSIOLOGICAL ACTIVITIES OR OUR BIOLOGICAL CLOCKS) WHICH WILL EVENTUALLY

eventually cause mental health problems over an extended period of time which results to cruel and unusual punishment. Every day Detainees are lock up lock-down unit and for personnal a hour and a half every day for there lunch break.

Now comes "Count 2# Amendment" Strip Search

Detainees are being strip search any and every where in the gym room and the hall ways on the deck and in the showers when no one have did anything. Germs & fungus on your feet from were they (strip search) at. From Div-1 to Div 9. and Div. 10 they can not justify each strip search. the have female guards look at male inmates. there is no blinds they strip 48 at one time together or 24 at one time. they just run in at 1:32 A:M 3-11 P:M or 7-3 A:M doing the time you in your cell or out. this is unconstitutional under the fourth 3 and eighth Amendment. it is infered with Rats and Roaches

/s/ "mr William Alemby"

V.  Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

the plaintiff Requests Compensation for Each Count and on each constitution Rights that have Been violated and all Amendment Amendment complaints to this Claim and Back to the constitutionally Minded.

VI.  The plaintiff demands that the case be tried by a jury.   ☒ YES    ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __5__ day of __22__, 20 _8_

_Mr William Atkins_
(Signature of plaintiff or plaintiffs)

_William Atkins_
(Print name)

_2003-0014927_
(I.D. Number)
_2600 S California Avenue Div. 10_
_H.D. P.O Box 089002_
_Chicago Ill 60608_
(Address)

6

Part-A / Control #: _____X_____

Referred To: _____

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: Atkins   First Name: William

ID #: 2003-0014927   Div.: 1   Living Unit: H1   Date: 3/11/07

BRIEF SUMMARY OF THE COMPLAINT: Along with all other general population detainees was placed on six hour a day restrictve lock-down punishment meaning one day were suppose to come out at 7:15am and lock up at 1:15pm for the rest of the day and then the next day come out at 3:15pm and lock up at 9:15pm and so on. We are detainees we are not convicts this is a violation of our right First Amendment under due process people who not been convicted of crims ponding cannot be punished at all

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: All the Detainees, Director Sulvoer Godinez Tom Dart Superintendent Nelson

ACTION THAT YOU ARE REQUESTING: to be let out on the Hours do to us this is in violation of the Sixth the Fifth and the Fourteenth Amendments to the the U.S Constitution

DETAINEE SIGNATURE: Mr William Atkins

C.R.W.'S SIGNATURE: _____   DATE C.R.W. RECEIVED: __/__/__

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.
All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #: ____X____

Referred To: _____

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: **Atkins** First Name: **William**

ID #: **2003-0014927** Div.: **9** Living Unit: **2.C** Date: **6/21/07**

BRIEF SUMMARY OF THE COMPLAINT: This is my 2nd grievance about general population detainees still on lock-down for 26 hours every other day this is a violation of life, liberty, deprivation of life, liberty without due process in violation of the First Amendment and Due Process Clause for we have not been convicted of crimes pending and the 5th and the Fourteenth Amendments. Every time I file a grievance I do not get to here it and I always get moved to another Div. I was in Div 1 now I am in Div 9 and I would like the Administration Superintendent Tunner and all the detainees Director _____

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
_____ hour that we should be owing for the

ACTION THAT YOU ARE REQUESTING:
C.R. Compensation

DETAINEE SIGNATURE: *William Atkins*

C.R.W.'S SIGNATURE: _____ DATE C.R.W. RECEIVED: __/__/__

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.) (YELLOW COPY – C.R.W.) (PINK COPY – DETAINEE) (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

State of Illinois
County of Cook

## Affidavit

I <u>William Atkins</u> Being first duly sworn on oath, do swear under penalty of perjury that the following statements are exact and true to the best of my knowledge.

1) I am the Plantiff in this case and I have been violated of my constitution Rights I am PRE-TRIAL Detainee on March 1th 2007 all the way up to 2008 some time going in to the end of the year. We was lock-down 26 Hour every other Day. Before they where in to Half and Half.

2) Half of the 48 come out Detainee and the other half come out each get 3 hour doing the Day and 3 hour at Night and we stell get lock-down for there **Lunck** Break so that mean that we will only get A Hour & A ½ every other Day.

3) this is a Lock-Down punishment we come out at 7:15 A.M and lock at 1:15 P.M for the rest of the day and then the next day come out at 3:15 P.M 26 Hour.

4) Plaintiff was not given notice or an opportunity to defend against or informed of the Reasons why or charged with committing any infraction to induce such a Punishment no one was give or received a disciplinary ticket.

5) this is IN violation of the Due Process clause Embodied in the Fifth and Fourteenth Amendments to the U.S Constitution which Prohibits federal and State Government. Respectfully from Depriving Any person of life. "Liberty". or property without Due process.

6) And also in violation of the Sixth Amendment By not Allowing us as pre-trial Detainees Proper Access to the "Right to counsel. And to Be informed of our charges. Allegations. Complaints, or of Made-up compelling Sanctions to Be used to fabricate a compelling Necessity. that was used to Place us as a Whole on Restrictive Depriving. Punishment Without Being found Guilty of any County Department of Corrections Rules.

7) this Sanction has effected Various other problems within the Daily operations like Deprivation of Religious service Because we are not Being permitted out when it's called.

8) this Same problem is happening with Recreation Gym, Barber Shop, and Commissary they lock us up to give use that, and call us out one by one to give it to us - etc..

9) infringement of our Right to practice our Religion is A violation of our First Admendment. Under Due Process Clause People who have not Been Convicted of Crimes Pending can not Be Punished.

10) Furthermore this Sanction Either Made By Director Salvador Gruel and Cook County Sheriff thomas J. Dart. or Superintendent Nelson or Superintendent turner. Superintendent George turner. 3 Administration 3 Personnal.

11) plaintiff State thy inraK and Results to cruel and unusual punishment which is also A violation of the eigth Amendment of our constitution, and Andabuse of power By this Administration or who ever is Responsible therefore I am Requesting that this unjust,

[2] unconstitutional Restrictive punishment Sanctioned by this Administration Be Reversed in Accordance and Back to the constitutionally Nueded and prolected Procedures.

[3] this is A Violation of the Due Process clause embodied in the Fifth And Four-teenth Amendments to the u.s. constitution, which Prohibits FEDERAL And State Government respectfully FROM DEPRIVING ANY PERSON OF life, "LiBERty" or PROPERTY Without DUE PROCES-

[2] And also Violation of the Sixth AMENDMENt, By PROPER ACCESS to the "Right to COUNSEL and to Be informed of ANY CHARGES, Allegations. Complaints. or "Made-UP." is A Violation of our First Admendmnt Clause. people who Have Not Been Convicted of Crimes Pending Can not Be Punished, And the Eighth AMENDMENT Abuse of power. the Plaintiff Requests Compensation for Humilliation And mental Anguish And suffereing

/s/ m william Atkins

Signed Before me on this 5/22 day of 22 2008.

Notary Seal

/s/ m william Atkins
Notarized under and By 735 ILCS
5/1-109. under penalty of perjury

Notarized under and by 735 ILCS  
5/1-109, under penalty of perjury,  
this 5 day of 22 , 08

*Mr William Atkins*  
Signature  
William Atkins

                                                  _____  
                                                  Defendant

ON THE ABOVE DATE,I _William Atkins_ ,ALONG WITH ALL OTHER GENERAL

POPULATION DETAINEES WAS PLACED ON SIX HOUR HALF A DAY RESTRICTIVE LOCK-DOWN PUNISHMENT.

MEANING ONE DAY WE'RE SUPPOSE TO COME OUT AT 7:15am AND LOCK UP AT 1:15pm FOR THE REST OF THE

DAY AND THEN THE NEXT DAY COME OUT AT 3:15pm AND LOCK UP AT 9:15pm AND SO ON...IN DAY TO

DAY ROTATING TOP OF THE TIER TO BOTTOM OF THE TIER OR HALF TIER DEPENDING ON HOW THE TIER IS

MADE.BUT ON THESE DAY WE DO NOT COME OUT AT THE TIMES THAT WE ARE SUPPOSE TO,BECAUSE WHEN

THE COUNT CLEARS OFFICERS WILL NOT UNLOCK THE CELLS UNTIL THEY FEEL LIKE IT,DEPRIVING US

OF THE AMOUNT OF TIME DUE TO US.THERE IS NO ONE WATCHING OR MONITORING WHEN THEY ARE TO LET-

TING US OUT.FURTHERMORE PERTAINING TO THE RESTRICTIVE PUNISHMENT WE ARE PLACED UNDER,WE WERE

NOT GIVEN NOTICE OR AN OPPORTUNITY TO DEFEND AGAINST,OR BE HEARD,NEVER INFORMED OF THE

REASONS WHY OR CHARGED WITH COMMITTING ANY INFRACTION TO INDUCE SUCH A PUNISHMENT.NO ONE

WAS GIVEN OR RECEIVED A DISCIPLINARY TICKET,SO SUCH A SANCTION SHOULD AND COULD NOT BE

ENFORCED,SUCH DEPRIVATION OR RESTRICTION IS IN VIOLATION OF THE DUE PROCESS CLAUSE EMBODIED

IN THE FIFTH AND FOURTEENTH AMENDMENTS TO THE U.S. CONSTITUTION,WHICH PROHIBITS FEDERAL

AND STATE GOVERNMENT,RESPECTFULLY FROM DEPRIVING ANY PERSON OF LIFE,"LIBERTY",OR PROPERTY

WITHOUT DUE PROCESS,AND ALSO IN VIOLATION OF THE SIXTH AMENDMENT,BY NOT ALLOWING US AS

PRE-TRIAL DETAINEES PROPER ACCESS TO THE "RIGHT TO COUNSEL",AND TO BE INFORMED OF ANY

CHARGES,ALLEGATIONS,COMPLAINTS,OR OF "MADE-UP" COMPELLING SANCTIONS TO BE USED TO FABRICATE

A COMPELLING NECESSITY,THAT WAS USED TO PLACE US AS A WHOLE ON RESTRICTIVE,DEPRIVING,

PUNISHMENT,WITHOUT BEING FOUND GUILTY OF ANY COOK COUNTY DEPARTMENT OF CORRECTIONS RULES

AND REGULATIONS OR PENALIZED FOR INFRACTIONS WHICH WAS AND IS THE BASIS OF AND PURPOSE

OF A SEGREGATION UNIT OR WINGS,WHICH WAS ESTABLISHED FOR DETAINEES WHO VIOLATE OR BREAK

THE RULES OF THE JAIL OR COMMIT INFRACTIONS,AND THE BASIS OF THIS NEW TYPE OF RESTRICTIVE

LOCK-DOWN WAS FIRST INTRODUCED AS A LEVEL SYSTEM IN WHICH DETAINEES HOUSED IN A.B.O.OR S.I.

(ABNORMAL BEHAVIOR OBSERVATION OR SPECIAL INCARCERATION)WHO POSE AS AN EMINENT THREAT TO

THE SECURITY OR OPERATIONS,OR FOR THE DETAINEES EMINENT SAFETY FROM GENERAL POPULATION.

"TO JUST PUNISH" US BECAUSE OF UNDER STAFFING,OR TO DETER DETAINEES FROM COMING BACK,OR

BECAUSE YOU ONLY WANT UP TO 24 DETAINEES IN THE DAYROOM EACH SHIFT IS NOT THE PROPER FUNCTION

OF THIS ADMINISTRATION,AND IS NOT AN ANSWER OR A SOLUTION,AND IS AN "ABUSE OF POWER" POSED

ON THE DETAINEES BY THE ADMINISTRATION. WE ARE NOT CONVICTS TO BE PUNISHED IN THIS NATURE OR FASHION JUST BECAUSE THE DIRECTOR, SHERIFF, OR SUPERINTENDENT OF THE COOK COUNTY JAIL DOES NOT UNDERSTAND THE DIFFERENCE BETWEEN CONVICTED FELONS AND PRE-TRIAL DETAINEES. WHICH THIS ADMINISTRATION UNDER DIRECTOR GODINEZ ARE HAVING A PROBLEM COMPREHENDING RESPECTFULLY. BECAUSE DETAINEES ALL HAVE PENDING CRIMINAL CASES AND ARE PENDING TRIAL GENERALLY REQUIRES MORE CONTACT AND COMMUNICATION WITH ONE'S ATTORNEY, AND WITH OTHERS SUCH AS INVESTIGATORS, OR PERSONS WHO MAY BE DEFENSE WITNESSES, OR HELP LOCATE WITNESSES THEREFORE HAVE A "MUCH GREATER NEED" FOR THE TIME IT TAKES FOR CONTACT WITH FAMILIES AND FRIENDS TO DEAL WITH THE UNEXPECTED CRISES, TO TRY TO GET A LAWYER OR TRY TO ARRANGE FOR BAIL, AND THESE PEOPLE ARE NOT ALWAYS AVAILABLE AT THE RESTRICTIVE TIMES WE ARE BEING UNJUSTLY SUBJECTED TO. THIS VIOLATION AND DEPRIVATION WOULD UNFAIRLY IMPAIR US OF OUR RIGHT TO PREPARE AN ADEQUATE DEFENSE AND GREATLY CRIPPLE US OF OUR CONSTITUTIONALLY PROTECTED LIBERTY OF THE RIGHT TO COUNSEL, AND IMPAIR US OF REASONABLE (TELEPHONE) "ACCESS" TO PREPARE FOR OUR DEFENSE.

IT WILL ALSO HAVE A DETRIMENTAL HEALTH AND BIOLOGICAL EFFECT ON OUR SLEEPING HABITS, TRYING TO ADAPT TO COMING OUT ONE MORNING, AND THEN NOT COMING OUT THE NEXT MORNING, DAY AFTER DAY WILL CAUSE DETRIMENTAL BIOLOGICAL STRESS TO OUR RHYTHMIC PHYSIOLOGICAL ACTIVITIES OR OUR (BIOLOGICAL CLOCKS). WHICH WILL EVENTUALLY CAUSE "MENTAL HEALTH" PROBLEMS OVER AN EXTENDED PERIOD OF TIME WHICH RESULTS TO CRUEL AND UNUSUAL PUNISHMENT.

THIS SANCTION HAS ALSO EFFECTED VARIOUS OTHER PROBLEMS WITHIN THE DAILY OPERATIONS LIKE A DEPRIVATION OF RELIGIOUS SERVICE BECAUSE WE ARE NOT BEING PERMITTED OUT WHEN IT'S CALLED. THIS SAME PROBLEM IS HAPPENING WITH RECREATION, GYM, BARBER SHOP, COMMISSARY etc.. INFRINGEMENT OF OUR RIGHT TO PRACTICE OUR RELIGION IS A VIOLATION OF OUR FIRST AMENDMENT.

UNDER DUE PROCESS CLAUSE, PEOPLE WHO HAVE NOT BEEN CONVICTED OF CRIMES PENDING CAN NOT BE PUNISHED AT ALL. (SEE: CITY OF REVERE V. MASSACHUSETTS GENERAL HOSPITAL 463 U.S. 239, 244, 103 S.CT. 2979).

FURTHERMORE THIS SANCTION EITHER MADE BY DIRECTOR SALVADOR GODINEZ, COOK COUNTY SHERIFF TOM DART, OR SUPERINTENDENT GEORGE TUNER INVOKES AND RESULTS TO CRUEL AND UNUSUAL PUNISHMENT WHICH IS ALSO A VIOLATION OF THE EIGHTH AMENDMENT OF OUR CONSTITUTION, AND AN ABUSE OF POWER BY THIS ADMINISTRATION OR WHO EVER IS RESPONSIBLE. THEREFORE I AM REQUESTING THAT THIS UNJUST,

UNCONSTITUTIONAL RESTRICTIVE PUNISHMENT SANCTIONED BY THIS ADMINISTRATION BE REVERESED IN ACCORDANCE, AND BACK TO THE CONSTITUTIONALLY GUIDED AND PROTECTED PROCEDURES.

PLEASE BE GUIDED ACCORDINGLY

RESPECTFULLY SUBMITTED

*William Atkins*
WILLIAM ATKINS