MHW



**PRISONER CASE**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

| **Plaintiff(s):** WILLIAM ATKINS | **Defendant(s):** SALVADOR GODINEZ, etc., et al. |
|---|---|
| **County of Residence:** COOK | **County of Residence:** |
| **Plaintiff's Address:**<br>William Atkins<br>#2003-0014927<br>Cook County Jail<br>P.O. Box 089002<br>Chicago, IL 60608 | **Defendant's Attorney:**<br><br>**08CV4425**<br>**JUDGE KENNELLY**<br>**MAGISTRATE JUDGE COX** |

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [x] 3. Federal Question (U.S. gov't. not a party)
- [ ] 2. U.S. Government Defendant
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
- [x] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison Conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** [x] Yes   [ ] No

**Signature:** /s/   **Date:** 8/6/08

Kennelly
Cox

08CV4381

**FILED**
AUG 06 2008 TC
6-6-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT