UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED** MHN LCW
AUG 04 2008
AUG 04 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Plaintiff(s)

v.

Director Salvador Godinez "John Does"
Administration "John Does"
George Tuner "John Does"
Nelson "John Does"
Personnhi "John Does"

Defendant(s)

Case Number:

Judge **08CV4425**
**JUDGE KENNELLY**
**MAGISTRATE JUDGE COX**

### MOTION FOR APPOINTMENT OF COUNSEL

1. I, _William Atkins_, declare that I am the (check appropriate box)
   ☑ plaintiff ☐ defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding: _Uptown People's Law Center 4404 north Broadway Chicago Ill 60640. Cabrini Green Legal Aid Clinic 206 W Division Street Chicago Ill 60610. Mandel Legal Aid Clinic (University of Chicago Law School) Chicago Ill 60637. Depaul Legal Clinic 25 E Jackson Boulevard Chicago Ill 60604 #105_

3. In further support of my motion, I declare that (check appropriate box):
   ☑ I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.
   ☐ I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):
   ☐ I have attached an original Application to Proceed In Forma Pauperis in the proceeding detailing my financial status.
   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.
   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

_William Atkins_
Movant's Signature

_P.O. Box 089002 Div-10-4-D_
Street Address

_Chicago Ill 60608_
City/State/Zip

Date: _5-22-08_

As indicated in paragraph three on the opposite page, I am currently, or previously have been, represented by an attorney appointed by this Court in the following civil or criminal action(s):

| Assigned Judge | KENNELLY | Case Number | 07C 2064 |
|---|---|---|---|
| Case Title | Burgulary lesser included of Residential burgulary | | |
| Appointed Attorney's Name | N/A | | |
| If case is still pending, please check box: | ✓ | | |

| Assigned Judge | KENNELLY | Case Number | 07C 2064 |
|---|---|---|---|
| Case Title | Burgulary lesser included of Residential burgulary | | |
| Appointed Attorney's Name | N/A | | |
| If case is still pending, please check box: | ✓ | | |

| Assigned Judge | KENNELLY | Case Number | 07C 2064 |
|---|---|---|---|
| Case Title | Burgulary lesser included of Residential burgulary | | |
| Appointed Attorney's Name | N/A | | |
| If case is still pending, please check box: | ✓ | | |

| Assigned Judge | KENNELLY | Case Number | 07C 2064 |
|---|---|---|---|
| Case Title | Burgulary lesser included of Residential burgulary | | |
| Appointed Attorney's Name | N/A | | |
| If case is still pending, please check box: | ✓ | | |